IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KTORI WILLIAMS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CHERYL A. WILLIAMS, DECEASED, and CHARLES WILLIAMS, § § § § § | | |
| *Plaintiffs*, § § | Civil Action No. 3:16-cv-01503-M | |
| v. § § | | |
| NEXION HEALTH AT DUNCANVILLE, INC., § § § § | | |
| *Defendant*. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (ECF No. 23), filed on December 15, 2017. The Court **GRANTS** the Motion.

Accordingly, it is **ORDERED** that this case is dismissed with prejudice, and all parties will bear their own costs and fees.

**SO ORDERED**.

December 18, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE